IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00461-PAB-MEH

ARCH SPECIALTY INSURANCE COMPANY,

     Plaintiff,

v.

13 PURE, INC., doing business as 13 PURE, et al.,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on defendant Robert K. Tarpley's Motion to Dismiss for Lack of Diversity Jurisdiction [Docket No. 5].  On March 22, 2011, plaintiff filed an Amended Complaint [Docket No. 7] as a matter of course under Fed. R. Civ. P. 15(a)(1).  Thus, the Amended Complaint became the operative pleading in this action, and the Motion to Dismiss [Docket No. 5] is directed to an inoperative, superseded pleading.  *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted).  As such, the motion to dismiss is moot.  It is

     ORDERED that Robert K. Tarpley's Motion to Dismiss for Lack of Diversity Jurisdiction [Docket No. 5] is DENIED as moot.

     DATED April 6, 2011.