IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00461-PAB-MEH

ARCH SPECIALTY INSURANCE COMPANY,

    Plaintiff,

v.

13 PURE, INC., doing business as 13 PURE, et al.,
SYN INC.,
DAVID KANE, and
ROBERT K. TARPLEY,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS DAVID KANE AND ROBERT K. TARPLEY**
_____

This matter comes before the Court upon the Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulation for Dismissal of All Claims and Counterclaims With Prejudice [Docket No. 57].  The Court has reviewed the pleading and is fully advised in the premises.  It is

ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims and counterclaims by and against plaintiff and David Kane and Robert K. Tarpley are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED November 29, 2011.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge