IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00461-PAB-MEH

ARCH SPECIALTY INSURANCE COMPANY,

    Plaintiff,

v.

13 PURE, INC., doing business as 13 PURE, et al.,

    Defendants.

## MINUTE ORDER

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Motion to Dismiss [Docket No. 11] filed by defendant Robert K. Tarpley and the Motion to Dismiss [Docket No. 33] filed by plaintiff Arch Speciality Insurance Company. Because defendants David Kane and Robert K. Tarpley are no longer parties in this action, *see* Docket No. 58, the Court finds that the aforementioned motions are now moot. Accordingly, it is

    **ORDERED** that Defendant Robert K. Tarpley's Motion to Dismiss for Failure to Join a Party Under Rule 19 [Docket No. 11] is **DENIED** as moot. It is further

    **ORDERED** that Plaintiff Arch Specialty Insurance Company's Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Counterclaim filed by Defendant David Kane [Docket No. 33] is **DENIED** as moot.

    Dated February 13, 2012.